189 U. S. **Cases Disposed of Without Consideration by the Court.**

No. 606. ROBERT II. BILLINGSLEA, PETITIONER, *v.* KANSAS CITY SOUTHERN RAILWAY COMPANY ET AL. March 9, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit dismissed, per stipulation. *Mr. Presley K. Ewing* and *Mr. Henry F. Ring* for petitioners. *Mr. Gardiner Lathrop, Mr. Thomas R. Morrow* and *Mr. S. W. Moore* for respondents.

---

No. 388. JEREMIAH F. MCCARTHY ET AL., PLAINTIFFS IN ERROR AND APPELLANTS, *v.* JAMES F. MCCARTHY. Error to and appeal from the Court of Appeals of the District of Columbia. March 11, 1903. Dismissed, each party to pay its own costs in this court, per stipulation of counsel. *Mr. Chapin Brown* for plaintiffs in error and appellants. *Mr. C. C. Cole* and *Mr. Vincent A. Sheehy* for defendant in error and appellee.

---

No. 283. JOSHUA M. SEARS, PLAINTIFF IN ERROR, *v.* BOARD OF STREET COMMISSIONERS OF THE CITY OF BOSTON. Error to the Supreme Judicial Court of the State of Massachusetts. April 6, 1903. Dismissed with costs, per stipulation. *Mr. Edward W. Hutchins* and *Mr. Henry Wheeler* for plaintiff in error. *Mr. Thomas M. Babson* for defendant in error.

---

No. 239. SCHOONER GIBARA HABANA, ETC., APPELLANT, *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of Florida, April 8, 1903. Dismissed, pursuant to the tenth rule. *Mr. H. A. Herbert* and *Mr. Benjamin Micou* for appellant. *The Attorney General* for appellee.

---

